```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
DAVINA L. THOMPSON,

                Plaintiff,                          ORDER
                                            23-CV-1167 (EK) (MMH)
        -against-

ADMINISTRATION FOR CHILDREN
SERVICES and CHILDREN AID SOCIETY,

                Defendants.
-----------------------------------X
```
ERIC KOMITEE, United States District Judge:

Plaintiff Davina L. Thompson, proceeding *pro se*, filed this action against the Administration for Children's Services and Children's Aid. Compl., ECF No. 1. By Memorandum and Order dated October 30, 2023, the Court granted Thompson's application to proceed *in forma pauperis*, dismissed the complaint with leave to file an amended complaint within 30 days, and notified Thompson that if she failed to file an amended complaint by the deadline, "she will not have another opportunity to replead [and] the case will be dismissed, and judgment shall enter." Mem. & Ord. at 6, ECF No. 4. The amended complaint was due by November 29, 2023, but to date, Thompson has failed to file an amended complaint or otherwise contacted the Court.

Accordingly, the Clerk of Court is directed to enter judgment and close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United*

*States*, 369 U.S. 438, 444-45 (1962).  The Clerk of Court is requested to mail this Order to the plaintiff and to note the mailing on the docket.

    SO ORDERED.

                                           /s/ Eric Komitee
                                      ERIC KOMITEE
                                      United States District Judge

Dated:     January 3, 2024
            Brooklyn, New York